# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:21-M -01806(1,2) |
| | § |
| (1) Fausto Alonso Tijerino Jr | § |
| (2) Malik Gilbert | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 09, 2021** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On October 9, 2021, defendants Fausto Tijerino Jr and Malik Gilbert were stopped for speeding by Dimmit County Sheriffs Deputies on Hwy 83 near Catarina, Tx, within the Western District of Texas. Border Patrol Agents were notified of a possible smuggling attempt and upon arrival discovered 9 individuals piled on top of each other in the rear cargo area of the 2012 GMC Acadia. All were determined to be citizens of Mexico*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
De Milio, Gregory D.
Border Patrol Agent

10/13/2021     at     DEL RIO, Texas
File Date                     City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE     Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:21-M -01806(1,2)

(1) Fausto Alonso Tijerino Jr
(2) Malik Gilbert

**Continuation of Statement of Facts:**

and all admitted to crossing illegally into the United States. Malik stated he was going to be $5,600 to pick up and transport 7 illegal aliens and transport them to Austin, TX."

_____  _____
Signature of Judicial Officer    Signature of Complainant